Exhibit A

# Return of Service

LAWMAN © 2019 IDS Applications

Perry County Sheriff
12 E Water St
PO Box 350
Pinckneyville, IL 62274
Phone (618) 357-5212   Fax (618) 357-3606

Generated on 02/16/2022 @ 09:57:43 by C167 (Stanhouse, Lee E) on PCSO-OFFICE01

Civil Process Number: **2022-000094**   Date Originated: **1/31/2022**
Process Type: **Subpoena**

Court: **U.S. District Court (So. District of IL)**   Docket:   Case: **3:20-CV-218-GCS**
**Finnegan** Vs **Baldwin, et al**

Bill To:
**Hughes Socol Piers Resnick & Dym,**
**70 W Madison St, Ste 4000**
**Chicago, IL 60602**

Fees:

| | | | |
|---|---|---|---|
| Personal Service | 2/10/2022 @ 13:45 | SERVED | $56.00 |
| Payment | 2/16/2022 @ 09:57 | Check #217352 | $56.00- |
| | | Total Due | $.00 |



Requested Service To:
**Justin Colapietro**
**5835 Ste Rte 154 (Prison)**
**Pinckneyville, IL 62274**

| DOB | Age | Sex | Race |
|---|---|---|---|
| N/A | | | |

Served To:
**Justin Colapietro**
**5835 Ste Rte 154 (Prison)**
**Pinckneyville, IL 62274**

| DOB | Age | Sex | Race |
|---|---|---|---|
| N/A | | | |

Served At: **Pinckneyville Correctional Center on 02-10-2022 at 1:45 P.M.**
Comments: Subpoena to Testify at a Deposition in a Civil Action/Notice of Deposition (Deposition scheduled for 02-24-2022 at 10:00 A.M. by ZOOM)

Finnegan 2444

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Finnegan | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:20-cv-218-GCS |
| Baldwin, et al. | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Justin Colapietro (M13816), 5835 State Route 154, Pickneyville, IL 62274

*(Name of person to whom this subpoena is directed)*

☐ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: See attached Notice of Deposition | Date and Time: 02/24/2022 10:00 am |
|---|---|

The deposition will be recorded by this method: __stenographer via Zoom teleconference__

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  01/25/2022

| _____ | OR | /s/ Elizabeth Mazur |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |
| *CLERK OF COURT* | | |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Finnegan__ , who issues or requests this subpoena, are:

Ellizabeth Mazur, Hughes Socol Piers Resnick Dym, 70 W. Madison St., Chicago, IL 60602, emazur@hsplegal.com, ~~312-604-2726~~

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Finnegan 2445

Finnegan 2446

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:20-cv-218-GCS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* <u>Justin Colapietro (Inmate No. M-13816)</u>
on *(date)* <u>January 31, 2022</u>

☒ I served the subpoena by delivering a copy to the named individual as follows: <u>Served Justin Colapietro (Inmate No. M-13816) at the Pinckneyville Correctional Center, 5835 State Route 154, Pinckneyville, IL 62274</u> on *(date)* <u>02-10-2022</u> ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ <u>-0-</u> for travel and $ <u>56.00</u> for services, for a total of $ <u>$56.00</u> ~~xx0.00xx~~ .

I declare under penalty of perjury that this information is true.

Date: <u>02-10-2022</u>    _____
                                    *Server's signature*

<u>PCSO Officer Matt Valentine, #257</u>
*Printed name and title*

Perry County Sheriff's Office
12 E. Water Street
P.O. Box 350
Pinckneyville, IL 62274

Perry County Sheriff's Office
12 E. Water Street, P.O. Box 350
Pinckneyville, IL 62274
*Server's address*

Additional information regarding attempted service, etc.:

Finnegan 2448